No opinion. Motion granted. See, also, 155 N. Y. Supp. 1134.

---

**PEOPLE ex rel. SKARWINKIEWICZ v. WARDEN OF CITY PRISON.** (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Proceeding by the People of the State of New York, on the relation of Martzel Skarwinkiewicz, against the Warden of the City Prison. No opinion. Motion denied. See People ex rel. Hertz v. Warden, 154 App. Div. 888, 138 N. Y. Supp. 1136, affirmed 207 N. Y. 685, 101 N. E. 1117; People ex rel. Phillips v. Hanley, 164 App. Div. 150, 149 N. Y. Supp. 452. See, also, 155 N. Y. Supp. 1133.

---

**PEOPLE ex rel. SOMERVILLE, Respondent, v. WILLIAMS, Appellant.** (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Proceeding by the People of the State of New York, on the relation of Richard V. Somerville, against Frank M. Williams, as State Engineer and Surveyor. No opinion. Order settled. See, also, 155 N. Y. Supp. 653.

---

**PEOPLE ex rel. TOWN OF NORTH HEMPSTEAD v. STATE TAX COMMISSION OF NEW YORK et al. PEOPLE ex rel. TOWN OF OYSTER BAY v. SAME.** (Supreme Court, Appellate Division, Third Department. November 22, 1915.) Proceedings by the People of the State of New York, on the relation of the Town of North Hempstead, and on the relation of the Town of Oyster Bay, against the State Tax Commission of the State of New York and Martin Saxe, Walter H. Knapp, and Ralph W. Thomas, as members of the said State Tax Commission.

PER CURIAM. The motion to dismiss writ is hereby granted, upon condition that the town of Hempstead file a stipulation with the court that $87,216.60, mentioned in the order of the State Tax Commission of July 20, 1915, now under consideration, need not be paid to the town of Hempstead in cash, but may be credited to the town on account of state and county taxes to be levied against said town in the tax levy of 1915; such stipulation not to prejudice or have any bearing on the question of interest referred to in the order of the State Tax Commission. In case such stipulation is not filed, then the motion is denied. See, also, 165 App. Div. 934, 150 N. Y. Supp. 35.

---

**PEOPLE ex rel. UVALDE ASPHALT PAVING CO. v. SEAMEN et al.** (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York, on the relation of the Uvalde Asphalt Paving Company, against Alfred P. W. Seamen and others. No opinion. Motion granted; questions certified. Order filed. See, also, 154 N. Y. Supp. 539.

---

**PRESCHMANNS, Respondent, v. NATIONAL SURETY CO., Appellant.** (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by August Preschmanns against the National Surety Company. J. Davison, of New York City, for appellant. R. L. Turk, of New York City, for respondent. No

opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**PETERS, Appellant, v. RUUD–NILSEN CO., Respondent.** (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by John D. Peters against the Ruud-Nilsen Company. C. Mayer, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

**PETRIE et al., Appellants, v. LANCASTER REALTY CO. et al., Respondents.** (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Jennie D. Petrie and another, etc., against the Lancaster Realty Company and another. No opinion. Motion granted, on condition that appellants perfect their appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion denied, with costs. See, also, 155 N. Y. Supp. 1134.

---

**PETRIE et al. v. LANCASTER REALTY CO. et al.** (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Jennie D. Petrie and another against the Lancaster Realty Company and the Crestwood Gardens Development Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1134.

---

**PETT, Respondent, v. BATCHELDER et al., Appellants.** (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Trial Term, New York County. Action by Samuel Pett against William Van Zandt Batchelder and another. From a judgment entered on the verdict of a jury, and from an order denying a motion for a new trial, defendants appeal. Reversed, and new trial ordered. Robert K. Prentice, of New York City, for appellants. Maxwell Slade, of New York City, for respondent.

PER CURIAM. We think the verdict of the jury that there was an enforceable contract to pay the plaintiff a commission by the defendant on the purchase of this property was against the weight of evidence. The finding of the jury that such a contract existed should therefore be reversed, the judgment and order appealed from reversed, and a new trial ordered, with costs to appellants to abide the event. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., concur in the reversal of the judgment, but think the complaint should be dismissed.

---

**PICKERT, Respondent, v. BATAVIA RUBBER CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by John Pickert, Jr., an infant, etc., against the Batavia Rubber Company. No opinion. Motion for leave to appeal (from 154 N. Y. Supp. 1140) to Court of Appeals denied, with $10 costs.

---

**PIESEN, Respondent, v. MITCHELL et al., Appellant.** (Supreme Court, Appellate Divi-

sion, First Department. October 22, 1915.) Action by Hugo H. Piesen against Ethel M. Mitchell and others. J. E. Roeser, of New York City, for appellants. B. Fliashnick, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1135.

PIESEN, Respondent, v. MITCHELL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Hugo H. Piesen against Ethel M. Mitchell and others. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1134.

PINALS, Appellant, v. SCHOENFELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Louis Pinals against Philip Schoenfeld and the Schoenfeld Construction Company, Incorporated, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PITTSBURGH–WESTMORELAND COAL CO., Respondent, v. KERR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by the Pittsburgh-Westmoreland Coal Company against John K. Kerr and others. No opinion. Judgment and order affirmed, with costs. See, also, 135 N. Y. Supp. 1088.

PLYMOUTH RUBBER CO., Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Plymouth Rubber Company against David Goldstein and another. D. Goldstein, of New York City, for appellants. E. J. Myers, of New York City, for respondent. No opinion. Judgment and order filed.

PORTER, Respondent, v. MUNICIPAL GAS CO. OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by John T. Porter against the Municipal Gas Company of the City of Albany. No opinion. Motion granted. See, also, 155 N. Y. Supp. 633.

PREMINGER, Respondent, v. HECKER-JONES–JEWELL MILLING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Mina Preminger, as administratrix, against the Hecker-Jones-Jewell Milling Company. Joseph F. Murray, of New York City, for appellant. L. B. Boudin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRAGER et al., Respondents, v. BARCLAY, Appellant, et al. FRIEND v. SAME (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by William Prager and others and by Banned Friend against Maud B. Barclay, impleaded with others. W. M. Mullen, of New York City, for appellant. A. Pfeiffer, of New York City,

for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PRAINO v. PELOSO et al. (Supreme Court, Appellate Division, Third Department. November 11, 1915.) In the matter of the claim of Domenico Praino for compensation under the Workmen's Compensation Law against Dominico Peloso and Mary G. Peloso, employers, and the Massachusetts Bonding & Insurance Company, insurance carrier. No opinion. Award unanimously affirmed.

PRIEM v. BORDEN'S CONDENSED MILK CO. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Albert Priem against the Borden's Condensed Milk Company. No opinion. Application denied, with $10 costs. Order signed.

PROFITOS et al., Appellants, v. COMERMA, Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by John Profitos and another against John Comerma. No opinion. Application denied, without costs.

In re PRUYN. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) In the matter of the final judicial settlement of the account of Frederick F. Pruyn, as administrator, etc., of Dewitt C. Holland, deceased. PER CURIAM. Motion granted, the administrator having agreed in open court that if the contestants will file objections to the account, or more accurately an answer, he will stipulate that they may at any time during the trial of the proceeding amend the answer in any respect that they deem meet, to charge the administrator in any way that occurs to them, and that the counsel for said administrator will not interpose objection to the form or substance of any question they seek to ask said administrator.

In re PUBLIC SERVICE COMMISSION, FIRST DIST. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) In the matter of the application of the Public Service Commission for the First District, etc., relative to acquiring land at the foot of Montague street, etc., wherein the Public Service Commission and the City of New York, appeal. PER CURIAM. Motion granted. MILLS, J., not voting.

PURCELL, Respondent, v. HICKEY, Appellant, et al. (three cases). (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by John F. Purcell, as administrator, etc., against Barbara E. Hickey, as administratrix, etc., impleaded with others. A. J, Ernest, of New York City, for appellant. B. J. Tinney, of New York City, for respondent. No opinion. Judgments affirmed, with costs. Orders filed. See, also, 167 App. Div. 923, 152 N. Y. Supp. 1138.

QUECK–BERNER, Appellant, v. WARD BAKING CO., Respondent. (Supreme Court, Appellate Division, Second Department. No-